IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:14-CV-547-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF NORTH SECOND STREET, LLC d/b/a CAROLINA FORM AND SCAFFOLD SUPPLY, | ) ) ) ) ) | |
| *Plaintiff,* | ) ) | **ENTRY OF DEFAULT** |
| -v- | ) ) | |
| DB MARINE CONSTRUCTION, INC.; MICHAEL M. DOHERTY; OTAK GROUP, INC.; THE HANOVER INSURANCE COMPANY, | ) ) ) ) ) | |
| *Defendants.* | ) ) | |

Upon motion for entry of default filed by counsel for Plaintiff and because Defendant Michael M. Doherty has failed to appear, plead, or otherwise defend, default is hereby entered against Defendant Michael M. Doherty as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

ORDERED, that the default for want of answer or other defense by Defendant Michael M. Doherty is entered this 13th day of April, 2015.

_____
Clerk, United States District Court