IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:14-CV-547-BO

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF NORTH SECOND STREET, LLC d/b/a CAROLINA FORM AND SCAFFOLD SUPPLY,<br><br>*Plaintiff,*<br><br>-v-<br><br>DB MARINE CONSTRUCTION, INC.; MICHAEL M. DOHERTY; OTAK GROUP, INC.; THE HANOVER INSURANCE COMPANY,<br><br>*Defendants.* | **DEFAULT JUDGMENT AS TO DEFENDANTS DB MARINE CONSTRUCTION, INC. AND MICHAEL M. DOHERTY** |

Defendant DB Marine Construction, Inc. and Defendant Michael M. Doherty having failed to plead or otherwise defend in this action, and default having been entered; and it appearing to the Court upon motion of Plaintiff that Defendant DB Marine Construction, Inc. and Defendant Michael M. Doherty are justly indebted to Plaintiff in the amount of Fifteen Thousand Thirty-Nine and 44/100 ($15,039.44), plus interest at the contractual rate of 18% per annum from November 13, 2013, plus attorney's fees in the amount of Three Thousand Three-Hundred Forty-Two and 90/100 Dollars ($3,342.90) and the costs of this action, over and above all credits, setoffs, payments or counterclaims; and that Defendant DB Marine Construction, Inc. and Defendant Michael M. Doherty have failed to appear or plead and default having been entered;

IT IS THEREFORE ORDERED that Plaintiff recover judgment against Defendant DB Marine Construction, Inc. and Defendant Michael M. Doherty, jointly and severally, in the amount of Fifteen Thousand Thirty-Nine and 44/100 ($15,039.44), plus interest at the contractual rate of 18% per annum from November 13, 2013 until paid in full, plus attorney's fees in the amount of Three Thousand Three-Hundred Forty-Two and 90/100 Dollars ($3,342.90), and the costs of this action, over and above all credits, setoffs, payments or counterclaims.

DATED: 7-8-15

_____
Terrence W. Boyle
United States District Court